J. W. Townsend, Appellant, v. Union County, *et al.*, Appellees.

An Appeal from the Circuit Court for Union County.

Appeal dismissed on motion of counsel for Appellant.

*Evans Haile* and *W. S. Broome,* for Appellant.

---

Thomas F. Taylor, Appellant, v. George E. Pullen, *et al.*, Appellees.

An Appeal from the Circuit Court for Manatee County.

Appeal dismissed on motion of counsel for the respective parties.

*Grimes* and *Rowe,* for Appellant;

*Dewey A. Dye,* for Appellees.

Neva Hamilton, *et al.*, Appellants, v. A. J. Morgan, as Executor, etc., Appellee.

An Appeal from the Circuit Court for Hillsborough County.

Appeal dismissed on motion of counsel for Appellants.

*Kelly, Sutton & Shaw,* for Appellee.